FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI SAELUA,<br><br>                    Petitioner,<br><br>          v.<br><br>JOSEPH WOODRING, Warden,<br><br>                    Respondent. | Case No. CV 07-7200-FMC (JTL)<br><br>**J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED:  2/21/08

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE